RECEIVED
BY MAIL
NOV 02 2005
CLERK US DIST COURT
MINNEAPOLIS MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MARC ANTHONY HESTER,
Petitioner,

-V-

Case Number.#02-103(1)(ADM/SRN)

UNITED STATES OF AMERICA,
Respondent,

..................

**MOTION TO AMEND PRESENTENCE INVESTIGATION REPORT**

NOW INTO COURT, Comes Marc Anthony Hester, the Petitioner appearing through Pro-Se representation and respectfully request and moves this Honorable Court for permission to amend solely the front page of his Presentence Investigation Report.

A Pro-Se litigants pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. **HAINES V. KERNER,** 30 L. Ed. 2d. 652(1972): **ESTELLE V. GAMBLE,** 50 L. Ed. 2d. 251(1976). A Court should make a reasonable attempt to read the pleadings to state a valid claim on which the Petitioner could prevail, despite the Petitioners failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with the pleading requirement. **HALL V. BELLMON,** 935 F. 2d. 1106: Also Please See Federal Rules Of Civil Procedures Rule 8(f)(All pleadings shall be so construed as to do substantial justice).

In Support Thereof, The Petitioner States As Follows:

SCANNED
NOV - 3 2005
U.S. DISTRICT COURT

The Petitioner Mr. Hester was convicted in this Honorable Court for "Opening or maintaining a place for the purpose of manufacturing, distributing, or using a controlled substance and was subsequently sentenced on March 19, 2003, to 87 months incarceration to be followed with three years supervise release.

Mr. Hester here is by no means attempting to challenge his conviction or any contents in his Presentence Investigation Report, but rather Mr. Hester is simply requesting permission to modify or amend his outdated legally documented release residence which is reflected in the front page of his Presentence Investigation Report which is: Sache Calloway, 1813 Cedar Avenue, White Bear Lake Minnesota, 55110. Sache Calloway is the Petitioners fiance and sole supporter. But Ms. Sache Calloway has recently relocated to Waco Texas in where Ms. Calloway has been offered a more favorable employed opportunity, which will eventually fare better financially for her, but unfortunately this relocation will leave the Petitioner Mr. Hester with no supportive family members at his current documented release residence to wit 1813 Cedar Avenue, White Bear Lake Minnesota, 55110, which means upon the petitioners release from incarceration the petitioner will have no where to live or any financial support which will unfortunately increase the chances of the Petitioner relapsing into his old criminal behavior in order to be able to support himself.

But on the other hand if this Honorable Court would simply permit the Petitioner to amend his Presentence Investigation Reports front page to his fiances new address the Petitioner will have the proper opportunity upon his release from incarceration to become a productive citizen upon his return to society, since Ms. Calloway will be there to lend the Petitioner a hand financially and morally. Additionally, it should be noted for the record, this amendment request by no means will have any prejudical effect on the government, since as previously mention the Petitioner is not challenging or contesting any portion of the facts within his Presentence Investigation Report, but is only requesting to amend his outdated release residence that's located on the front page of his Presentence Investigation Report.

Therefore, based on the aformention, the Petitioner respectfully request that this Honorable Court permit him to amend his front page of his Presentence Investigation Report as follows: Delete Sache Calloway, 1813 Cedar Avenue, White Bear Lake Minnesota and insert Sache Calloway, 5000 Sanger Ave. Apt 924 Waco Texas 76710.

WHEREFORE, the Petitioner prays that this Honorable Court grant him the relief requested herein.

Respectfully Submitted

Marc Hester

Marc Anthony Hester-Pro-Se
Reg#10506-041
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814

Executed On This 30th Day Of October 2005

CERTIFICATE OF SERVICE

I, Marc Anthony Hester, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my MOTION TO AMEND, in the Duluth Federal Prison Camps Legal Mail system with first class postage affixed to insure its proper delivery to:

United States Attorneys Officee
United States District Court
For The District Of Minnesota
300 S. 4th Street
Minneapolis MN 55415

Executed On This 30th Day Of October 2005

Marc Hester

Marc Anthony Hester