**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CRIMINAL NO. 02-103 ADM/SRN**

UNITED STATES OF AMERICA,

Plaintiff,

vs. **ORDER**

MARC ANTHONY HESTER,

Defendant.

---

This matter is before the undersigned United States District Judge on Defendant's Motion to Amend Presentence Investigation Report [Docket No. 29]. Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion is DENIED.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: November 4, 2005.