# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

November 4, 2005

Marc Anthony Hester
Reg. #10506-041
Duluth Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

**RE: USA v. MARC ANTHONY HESTER**
**CRIMINAL FILE NO. 02-103 ADM/SRN**

Dear Mr. Hester:

I have received and reviewed your Motion to Amend Presentence Investigation Report dated October 30, 2005. I have denied your motion because the amendment you request is not necessary. The Presentence Report reflects the information that was available at the time of your sentencing hearing. The Bureau of Prisons will revise the information about where you should be released as your release date approaches. You may wish to inform your case worker at FPC-Duluth of the address change of Ms. Calloway.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery