UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-103 ADM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MARC HESTER,<br>Defendant. | **MOTION FOR RESENTENCING AND RELEASE PURSUANT TO 18 U.S.C. § 3582(C)(2)** |

The defendant, Marc Hester, through counsel, respectfully moves the Court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) from 87 to 70 month. Retroactive application of the amended November 1, 2007, Sentencing Guidelines for crack cocaine offenses make Mr. Hester eligible for a sentencing reduction. The sentencing factors in this case are straightforward. Mr. Hester's original guideline range was based on a total offense level 29 and a criminal history category II, resulting in a guideline range of 97-121 months. The court departed downward to 87 months based on overstated criminal history. This represents approximately a 10% reduction in sentencing (97 to 87 months). Applying the November 7, 2007 crack cocaine guideline amendments reduces Mr. Hester's total offense level from 29 to level 27, resulting in new guideline range of 78-97 months. A 10% reduction from the lower end of the newly adjusted guideline range results in a reduction of sentence of 7.8

months, which would place his new sentence at about 70 months, a further sentencing reduction of 17 months.

The government does not oppose a reduction in Mr. Hester's sentence to 70 months. Mr. Hester has a BOP out date of 8/10/09, so with a further 17 month sentencing reduction he is close to eligible for release. Accordingly, Mr. Hester moves the court to re-sentence him and issue an order reducing his sentence to 70 months so that the BOP can process his new out date.

Dated: March 4, 2008

Respectfully submitted,

***s/Douglas Olson***
DOUGLAS OLSON
Attorney No. 169067
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415