UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-103 ADM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MARC HESTER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Marc Hester, has moved pursuant to 18 U.S.C. § 3582(c), for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases. It is hereby ORDERED that Mr. Hester's motion is granted. His sentence is amended to a period of 70 months.

Date: March 5, 2008

S/Ann D. Montgomery

Judge Ann D. Montgomery
United States District Court
District of Minnesota